UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BARRINGTON HENDERSON,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>　　　　　　Defendant(s). | Case No. 2:15-cv-02170-JAD-NJK<br><br>ORDER |

This case was removed to this Court on November 13, 2015. Docket No. 1. Nonetheless, in light of the procedural posture of the case, the parties have already been engaging in some discovery efforts. *See* Docket No. 5 at 3; *see also Henderson v. Wal-Mart Stores, Inc.*, Case No. 2:15-cv-1453-JAD-GWF, Docket No. 15 (scheduling order). The Court **SETS** a scheduling conference for 4:00 p.m. on December 9, 2015, in Courtroom 3B.

In addition, it does not appear that notices of related cases have been filed, as required by Local Rule 7-2.1. Such notices must be filed no later than December 8, 2015.

**IT IS SO ORDERED.**

DATED: December 4, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge