BRENDA H. ENTZMINGER
Nevada Bar No. 9800
RYAN KERBOW, ESQ.
Nevada Bar No.11403
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant
Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BARRINGTON HENDERSON,<br><br>           Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>           Defendants. | Case No.: 2:15-cv-02170-JAD-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//
//
//
//
//
//
//

party's own costs and attorney's fees.

DATED this 6 day of April, 2016.

GOLIGHTLY & VANNAH, PLLC

L. DiPaul Marrero II, Esq.
400 S. Seventh Street, Ste. 400
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*
*Barrington Henderson*

DATED this 12th day of May, 2016.

PHILLIPS, SPALLAS & ANGSTADT

Ryan Kerbow
504 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

The Clerk of Court is instructed to CLOSE THIS CASE.

UNITED STATES DISTRICT JUDGE